360 A.2d 647

COMMONWEALTH

v.

ORZELL, Appellant.

Submitted December 16, 1975. Andrea Commaker Levin, Assistant Defender, and Benjamin Lerner, Defender, for appellant; John DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

359 A.2d 903

COMMONWEALTH

v.

PHILLIPS, Appellant.

Submitted November 24, 1975. Alfred B. Bell, Assistant Public Defender, and Dante G. Bertani, Public Defender, for appellant; Patrick H. Mahady, Assistant District Attorney, and Albert M. Nichols, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.